# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LAURA GREISS, | Case No. 2:17-cv-00235-RFB-NJK |
| Plaintiff(s), | |
| vs. | ORDER |
| NANCY A. BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant(s). | |

Nancy A. Berryhill is now Acting Commissioner of Social Security. Docket No. 9 at 1 n.1. A "[public] officer's successor is automatically substituted as a party." Fed. R. Civ. P. 25(d). Accordingly, the Clerk's Office is **INSTRUCTED** to substitute Nancy A. Berryhill in place of Carolyn W. Colvin.

IT IS SO ORDERED.

DATED: July 3, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge