RICHARD E. DONALDSON, ESQ., CHTD.
RICHARD E. DONALDSON, ESQ.
Nevada Bar No. 1095
2300 West Sahara Ave., Suite 800
Las Vegas, NV 89102
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

******

LAURA GRIESS

Plaintiff,

vs.

NANCY A. BERRYHILL, ACTING COMMISSIONER OF SOCIAL SOCIAL SECURITY

Defendant.

Case No. 2:17-cv-00235-RFB-NJK

**STIPULATION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

**(First Request)**

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, that the Plaintiff, LAURA GRIESS, shall have an additional thirty (30) days, to and including Thursday, May 1, 2018, in which to file OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION. This stipulation also requests that the schedule for a Response by the Defendant, Commissioner of Social Security, and other corresponding deadlines be adjusted accordingly.

The extension of time is necessary because Counsel, a solo practitioner and solely responsible for the preparation this Objection, has not been able to access the Recommendation for one week because of technical problems with Pacer and the EM/CEF security system Moreover, the administrative record is detailed and involves complex

issues. Undersigned Counsel has two forthcoming hearings that are both time and labor intensive. Consequently, there is inadequate time to prepare an Objection in this case within the allotted time. Counsel has spoken with the Commissioner's appellate counsel in this case, and he has no objection to stipulating to this extension.

        This is the first request for an extension of time.

        Respectfully submitted,

Date: May 1, 2018        RICHARD E. DONALDSON, ESQ., CHTD.

/S/ *Richard E. Donaldson*
Richard E. Donaldson
Nevada Bar No. 1095
2300 West Sahara Ave., Suite 800
Las Vegas, NV 89102
Attorney for Plaintiff

Date: May 1, 2018        DAYLE ELIESON
United States Attorney
CHAD A. READLER
Acting Assistant Attorney General, Civil Division

By: /s/ *Ben A. Porter*
Ben A. Porter, Esq.
Office of the General Counsel
Attorneys for Defendant

IT IS SO ORDERED.

Date: May 2, 2018.

RICHARD F. BOULWARE, II
United States District Judge

2