NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada

BEN A. PORTER
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8979
Facsimile: (415) 744-0134
E-Mail: Ben.Porter@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LAURA GREISS, | Case No. 2:17-cv-00235-RFB-NJK |
| Plaintiff, | |
| v. | **UNOPPOSED MOTION FOR EXTENSION OF TIME** (*SECOND REQUEST*) |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

    Defendant Nancy A. Berryhill, Acting Commissioner of Social Security ("Defendant") respectfully requests that the Court extend the time for Defendant to file her response to Plaintiff's application for attorney fees under the Equal Access to Justice Act (EAJA) due on February 11, 2019, by fifteen (15) days through and including February 26, 2019.

    Defendant's counsel was on leave when Plaintiff's filed her application and attempted to enter into good faith settlement when he returned to the office. The parties could not reach settlement on the application, and Defendant needs additional time to file her response. This is Defendant's second

request for an extension in this case.  The motion is made in good faith with no intention to unduly delay the proceedings.

Counsel for Defendant conferred with Plaintiff's counsel, who has no opposition to this motion, on February 14, 2019.

Respectfully submitted this 15th day of February 2018.

                                  NICHOLAS A. TRUTANICH
                                  United States Attorney

                                  */s/ Ben A. Porter*
                                  BEN A. PORTER
                                  Special Assistant United States Attorney

OF COUNSEL:

DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX

                                  IT IS SO ORDERED:

                                  _____
                                  UNITED STATES MAGISTRATE JUDGE
                                  DATED: February 15, 2019