# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Laura Greiss,

        Plaintiff,

v.

Nancy A. Berryhill,

        Defendant.

JUDGMENT IN A CIVIL CASE
FOR ATTORNEY'S FEES

Case Number: 2:17-cv-00235-RFB-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that attorneys fees are awarded in favor of Plaintiff and against Defendant in the amount of $10,110.60.

4/25/2019
Date

DEBRA K. KEMPI
Clerk

/s/ M. Reyes
Deputy Clerk