AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Laura Greiss,

      Plaintiff,

  v.

Nancy A. Berryhill,

     Defendant.

JUDGMENT IN A CIVIL CASE
FOR ATTORNEY'S FEES

Case Number: 2:17-cv-00235-RFB-NJK

___  **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

X  **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that attorneys fees are awarded in favor of Plaintiff. The Commissioner is directed to send Griess's attorney, Richard E. Donaldson, $12,440.40 less any applicable processing fees allowed by statute.

9/3/2020
_____
Date

DEBRA K. KEMPI
_____
Clerk

/s/ M. Reyes
_____
Deputy Clerk